**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HEMATITE HOLDINGS INC., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 20-12387 (MFW)<br><br>Jointly Administered<br><br>**Related Docket Nos.: 19, ___** |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR, AND SCHEDULING A HEARING ON, SECOND MOTION OF THE FOREIGN REPRESENTATIVE FOR AN ORDER GRANTING CERTAIN ADDITONAL PROVISIONAL RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order (this "Order") pursuant to sections 102 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006(c), and Del. Bankr. L.R. 9006-1(e), scheduling an expedited hearing and shortening notice with respect to the *Second Motion of Hematite Holdings Inc., as Foreign Representative, for an Order Granting Certain Provisional Relief* (the "Motion"), filed by Hematite Holdings Inc., in its capacity as the Canadian Court-appointed and authorized foreign representative (the "Foreign Representative); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1410; and notice of the Motion to Shorten being adequate and sufficient; and

[1] The U.S. Debtors in these chapter 15 cases and the last four digits of their U.S. Federal Employer Identification Numbers are as follows: Pavaco Holdings U.S. Inc. (5569); Hematite, Inc. (3799); and Hematite Automotive Products Inc. (5382). The Canadian Debtors in these chapter 15 cases and the last four digits of their unique identifier are as follows: Hematite Holdings Inc. (8581); Hematite Manufacturing Inc. (4900); Hematite Industrial Products Inc. (7706); and Canadian Pavaco Inc. (5315). The U.S. Debtors and the Canadian Debtors are referred to herein, collectively, as the "Debtors." The Debtors' principal offices are located at 659 Speedvale Avenue West, Guelph, Ontario, N1K 1E6, Canada.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Motion to Shorten.

after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing to consider the relief requested in the Motion shall take place on October 1, 2020 at 2:00 p.m. (prevailing Eastern Time) (the "Hearing").

3. Objections or responses to the relief requested in the Motion, if any, may be raised prior to or at the Hearing.

4. Within one business day after the entry of this Order, the Foreign Representative shall serve a copy of this Order and a notice for the hearing on the Motion in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.